Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

29,572-11

2/5/15

RE: Cause # 12-02861-CRF-272-B, Writ
No:                        Ex Parte Thomas Blanchard

Dear Mr. Acosta,
    I am writing in regards to the Clerk's Summary Sheet that accompanied the Supplimental Transcript I filed. The information is not correct.
1) Trial date was 1/28/2013
2) No hearing was held on the Habeas Corpus
3) I did not plea guilty. I pled not guilty and went to jury trial. I do not want this in-correct information to affect my chances at a new trial. Please let the Honorable Judges know once my writ gets filed. Thank you for your time with this matter.

Very Truly Yours

Thomas Blanchard
Relator

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Blanchard, Thomas

APPLICATION FOR
WRIT OF HABEAS CORPUS

TRIAL COURT NO.: 12-02861-CRF-272B

CLERK'S SUMMARY SHEET

APPLICANT'S NAME:    BLANCHARD, THOMAS DUANE

OFFENSE:   POSSESSION OF CONTROLLED SUB. LESS THEN 1 GRAM

SENTENCE: 8 YRS TDC

TRIAL DATE: ~~FEBRUARY 10, 2013~~ January 28th, 2013

JUDGE'S NAME PRESIDING:  Honorable Judge Travis Bryan III

APPEAL NO.:    N/A

CITATION TO OPINION:  N/A   S.W.Sd:    N/A

HEARING HELD:   ~~X  YES~~ X (NO)

FINDINGS & CONCLUSIONS FILED:  _X___ YES _____ NO
(Pertaining to the Application for Writ)

RECOMMENDATION:  _____ GRANT ___X__ DENY _____ NONE
(Trial Courts Recommendation Regarding Application)

JUDGE'S NAME:  Honorable TRAVIS BRYAN III
(Judge Presiding over Habeas Proceeding)

PLEA:  _X_ (NOT GUILTY)___ NOLO CONTENDERE __~~X  GUILTY~~